# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**MELANIE REAVES,**

    **Plaintiff,**

**V.**                                                 **Case No: 2:11-CV-49-FtM-UASPC**

**WAYNE AUTOMATIC FIRE**
**SPRINKLERS, INC.,**

    **Defendant.**

_____/

## ORDER

This matter comes before the Court upon review of the file. The Court has been informed by the Clerk of Court that Plaintiff's attorney William F. Russell's email address maintained in the Court's CM/ECF system is no longer valid. The Clerk further informs the Court that Mr. Russell is delinquent in his Continuing Legal Education requirements with the Florida Bar and therefore, is ineligible to practice in Florida at this time. Given this, the Court will direct the Clerk to terminate Mr. Russell as counsel of record for Plaintiff. Plaintiff will continue to be represented by David S. Shankman and Stefan R. Carpenter of the law firm Shankman Leone, PA.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to remove attorney William F. Russell as counsel of record for Plaintiff in this case and remove him from any further notices, electronically or otherwise, issued in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record

William Foster Russell
Shankman Leone, PA
Suite 100
609 E. Jackson Street
Tampa, FL 33602